```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TARA I. ALLEN, Bar #235549
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL PEAVY
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Mag. 06-311-DAD |
| --- | --- |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) Date:  January 24, 2007<br>) Time:  9:00 a.m. |
| MICHAEL PEAVY, | ) Judge: Dale A. Drozd |
| Defendant. | ) |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, MICHAEL PEAVY, by and through his counsel TARA I. Allen of the Federal Defenders Office, stipulate that the court trial set for December 27, 2006 be rescheduled for Wednesday, January 24, 2007 at 9:00 a.m. Defense counsel will be out of town on December 27, 2006.

Dated: December 14, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Tara I. Allen

_____
TARA I. ALLEN
Staff Attorney
Attorney for Defendant
DANIEL ROMERO

/ / /

```
Dated:  December 18, 2006           MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew Stegman
                                    _____
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
```

**O R D E R**

IT IS SO ORDERED.

DATED: December 18, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/peavy0311.stipord

2